**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BARRON, DENNIS L | § | Case No. 10-70606 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 15, 2010.  The undersigned trustee was appointed on July 14, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of                $                30,000.78

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 30.51 |
| Bank service fees | 717.80 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 29,252.47 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 09/30/2010
and the deadline for filing governmental claims was 08/14/2010.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$3,750.08.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $3,750.08, for a total compensation of $3,750.08.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $32.86, for total expenses of
$32.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 03/01/2013          By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-70606 | Trustee:    (330400)    JOSEPH D. OLSEN |
| Case Name:    BARRON, DENNIS L | Filed (f) or Converted (c):  02/15/10 (f) |
| | §341(a) Meeting Date:    03/15/10 |
| Period Ending: 03/01/13 | Claims Bar Date:    09/30/10 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 2311 Cumberland St, Rockford IL | 112,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chase Bank - checking | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | Chase Bank - checking (joint with spouse) | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Bank - savings (joint with spouse) | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Normal complement of household goods | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | (5) Silver Dollars and $30 worth of Silver Certi | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Normal complement of clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wristwatch and wedding ring | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Scott Trade - Rollover IRA | 90,172.00 | 0.00 | DA | 0.00 | FA |
| 11 | Barron Finishing Technologies, Inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | JDR Holdings | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Walter Goode (approximately $4,000 loan to forme | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Possible claim against Jon C Shain for breach of | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Possible claims against Amcore Bank for failure | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | 2000 Honda Odessey | 3,875.00 | 0.00 | DA | 0.00 | FA |
| 17 | Older computer | 25.00 | 0.00 | DA | 0.00 | FA |
| 18 | Lawm mower, snowblower, air compressor and garde | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | Avoidable transfer  (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.78 | FA |
| 20 | **Assets**    Totals (Excluding unknown values) | **$213,272.00** | **$30,000.00** | | **$30,000.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-70606 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** BARRON, DENNIS L | **Filed (f) or Converted (c):** 02/15/10 (f) |
| | **§341(a) Meeting Date:** 03/15/10 |
| **Period Ending:** 03/01/13 | **Claims Bar Date:** 09/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**   September 30, 2013   **Current Projected Date Of Final Report (TFR):**   March 1, 2013  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-70606 |
| **Case Name:** | BARRON, DENNIS L |
| | |
| **Taxpayer ID #:** | **-***6169 |
| **Period Ending:** | 03/01/13 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****120265 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 25,828.55 | | 25,828.55 |
| 01/25/13 | {19} | Dennis Barron | mo. pymt. on avoidable transfer | 1241-000 | 1,000.00 | | 26,828.55 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 39.76 | 26,788.79 |
| 02/22/13 | {19} | Dennis L. Barron | pymt. on avoidable transfer | 1241-000 | 2,500.00 | | 29,288.79 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 36.32 | 29,252.47 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 29,328.55 | 76.08 | $29,252.47 |
| Less: Bank Transfers | 25,828.55 | 0.00 | |
| **Subtotal** | 3,500.00 | 76.08 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $3,500.00 | $76.08 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-70606 |
| Case Name: | BARRON, DENNIS L |
| | |
| Taxpayer ID #: | **-***6169 |
| Period Ending: | 03/01/13 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****120266 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-70606 | |
| Case Name: | BARRON, DENNIS L | |
| | | |
| Taxpayer ID #: | **-***6169 | |
| Period Ending: | 03/01/13 | |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****88-65 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/11 | {19} | Dennis L. Barron | partial pymt on avoidable transfer | 1241-000 | 2,500.00 | | 2,500.00 |
| 04/29/11 | {19} | dennis barron | partial payment on avoidable transfer | 1241-000 | 5,000.00 | | 7,500.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,500.06 |
| 06/01/11 | | To Account #9200******8866 | pay bond premium | 9999-000 | | 6.18 | 7,493.88 |
| 06/16/11 | {19} | Dennis Barron | pymt on settlement | 1241-000 | 1,000.00 | | 8,493.88 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,493.94 |
| 07/25/11 | {19} | Dennis L. Barron | pymt. on settlement | 1241-000 | 1,000.00 | | 9,493.94 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,494.01 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.50 | 9,477.51 |
| 08/18/11 | {19} | Dennis Barron | pymt. on settlement | 1241-000 | 1,000.00 | | 10,477.51 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,477.59 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,452.59 |
| 09/20/11 | {19} | Dennis L. Barron | pymt on settlement | 1241-000 | 1,000.00 | | 11,452.59 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,452.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,427.67 |
| 10/18/11 | {19} | Dennis L. Barron | pymt. on settlement | 1241-000 | 1,000.00 | | 12,427.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,427.77 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,402.77 |
| 11/21/11 | {19} | Dennis L. Barron | pymt. on settlement | 1241-000 | 1,000.00 | | 13,402.77 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,402.87 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.66 | 13,375.21 |
| 12/22/11 | {19} | Dennis Barron | monthly pymt. | 1241-000 | 1,000.00 | | 14,375.21 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,375.32 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.96 | 14,347.36 |
| 01/20/12 | {19} | Dennis L. Barron | pymt on avoidable transfer | 1241-000 | 1,000.00 | | 15,347.36 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,347.48 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.91 | 15,315.57 |
| 02/21/12 | {19} | Dennis L. Barron | monthly pymt on avoidable transfer | 1241-000 | 1,000.00 | | 16,315.57 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.81 | 16,284.76 |
| 03/20/12 | {19} | Dennis L. Barron | mo. pymt. | 1241-000 | 1,000.00 | | 17,284.76 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.98 | 17,250.78 |
| 04/19/12 | {19} | Dennis L. Barron | monthly pymt | 1241-000 | 1,000.00 | | 18,250.78 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.51 | 18,216.27 |
| 05/23/12 | {19} | Dennis L. Barron | mo. pymt on preference | 1241-000 | 1,000.00 | | 19,216.27 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.54 | 19,174.73 |
| 06/05/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 06/05/2012 FOR CASE | 2300-000 | | 24.33 | 19,150.40 |
| | | | Subtotals : | | $19,500.78 | $350.38 | |

{} Asset reference(s)

Exhibit B

# **Form 2**

Page: 4

## **Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| Case Number: | 10-70606 | |
| Case Name: | BARRON, DENNIS L | |
| | | |
| Taxpayer ID #: | **-***6169 | |
| Period Ending: | 03/01/13 | |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******88-65 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #10-70606, #016018067 | | | | |
| 06/20/12 | {19} | Dennis L. Barron | mo. pymt. on pref. | 1241-000 | 1,000.00 | | 20,150.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.49 | 20,111.91 |
| 07/20/12 | {19} | Dennis L. Barron | mo. pymt. re: avoidable transfer | 1241-000 | 1,000.00 | | 21,111.91 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.50 | 21,067.41 |
| 08/21/12 | {19} | Dennis Barron | mo. pymt. on avoidable transfer | 1241-000 | 1,000.00 | | 22,067.41 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.22 | 22,022.19 |
| 09/19/12 | {19} | Dennis L. Barron | mo. pymt. | 1241-000 | 1,000.00 | | 23,022.19 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.66 | 22,979.53 |
| 10/22/12 | {19} | Dennis L. Barron | mo. pymt. on avoidable transfer | 1241-000 | 1,000.00 | | 23,979.53 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.34 | 23,927.19 |
| 11/26/12 | {19} | Dennis L. Barron | mo. pymt. on settlement | 1241-000 | 1,000.00 | | 24,927.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.23 | 24,877.96 |
| 12/26/12 | {19} | Dennis L. Barron | mo. pymt. on avoidable tranfer | 1241-000 | 1,000.00 | | 25,877.96 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.41 | 25,828.55 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 25,828.55 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 26,500.78 | 26,500.78 | **$0.00** |
| Less: Bank Transfers | 0.00 | 25,834.73 | |
| **Subtotal** | **26,500.78** | **666.05** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$26,500.78** | **$666.05** | |

{} Asset reference(s)

Printed: 03/01/2013 08:22 AM    V.13.11

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-70606 |
| Case Name: | BARRON, DENNIS L |
| | |
| Taxpayer ID #: | **-***6169 |
| Period Ending: | 03/01/13 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******88-66 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/11 | | From Account #9200******8865 | pay bond premium | 9999-000 | 6.18 | | 6.18 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 05/31/2011 FOR CASE<br>#10-70606, BOND #016018067 | 2300-000 | | 6.18 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 6.18 | 6.18 | $0.00 |
| | Less: Bank Transfers | | 6.18 | 0.00 | |
| | Subtotal | | 0.00 | 6.18 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $6.18 | |

| | |
|---|---|
| Net Receipts : | 30,000.78 |
| Net Estate : | $30,000.78 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****120265 | 3,500.00 | 76.08 | 29,252.47 |
| Checking # ****120266 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******88-65 | 26,500.78 | 666.05 | 0.00 |
| Checking # 9200-******88-66 | 0.00 | 6.18 | 0.00 |
| | $30,000.78 | $748.31 | $29,252.47 |

# Claims Proposed Distribution

## Case:   10-70606    BARRON, DENNIS L

**Case Balance:**     $29,252.47          **Total Proposed Payment:**     $29,252.47          **Remaining Balance:**          $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | JOSEPH D. OLSEN <br> <2200-00   Trustee Expenses> | Admin Ch.  7 | 32.86 | 32.86 | 0.00 | 32.86 | 32.86 | 29,219.61 |
| | JOSEPH D. OLSEN <br> <2100-00   Trustee Compensation> | Admin Ch.  7 | 3,750.08 | 3,750.08 | 0.00 | 3,750.08 | 3,750.08 | 25,469.53 |
| | Yalden, Olsen & Willette <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch.  7 | 4,062.50 | 4,062.50 | 0.00 | 4,062.50 | 4,062.50 | 21,407.03 |
| 1 | Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,407.03 |
| 2 | Capital One Bank (USA), N.A. | Unsecured | 8,005.21 | 8,005.21 | 0.00 | 8,005.21 | 97.39 | 21,309.64 |
| 3 | Chase Bank USA, N.A. | Unsecured | 42,675.18 | 42,675.18 | 0.00 | 42,675.18 | 519.15 | 20,790.49 |
| 4 | Chase Bank USA, N.A. | Unsecured | 10,382.48 | 10,382.48 | 0.00 | 10,382.48 | 126.30 | 20,664.19 |
| 5 | Chase Bank USA, N.A. | Unsecured | 7,539.66 | 7,539.66 | 0.00 | 7,539.66 | 91.72 | 20,572.47 |
| 6 | U S Small Business Administration | Unsecured | 1,145,268.68 | 1,145,268.68 | 0.00 | 1,145,268.68 | 13,932.38 | 6,640.09 |
| 7U | Harris NA | Unsecured | 545,828.29 | 0.00 | 0.00 | 0.00 | 0.00 | 6,640.09 |
| 7U-2 | Harris NA | Unsecured | 545,828.29 | 545,828.29 | 0.00 | 545,828.29 | 6,640.09 | 0.00 |
| 7S | Harris NA | Secured | 900,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7S-2 | Harris NA | Secured | 900,000.00 | 900,000.00 | 0.00 | 900,000.00 | 0.00 | 0.00 |
| | **Total for Case 10-70606 :** | | **$4,113,373.23** | **$2,667,544.94** | **$0.00** | **$2,667,544.94** | **$29,252.47** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $7,845.44 | $7,845.44 | $0.00 | $7,845.44 | 100.000000% |
| **Total Secured Claims :** | $1,800,000.00 | $900,000.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $2,305,527.79 | $1,759,699.50 | $0.00 | $21,407.03 | 1.216516% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-70606
Case Name: BARRON, DENNIS L
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**  $     29,252.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------:|------------------------:|-------------------------:|-----------------:|
| 7S | Harris NA | 900,000.00 | 0.00 | 0.00 | 0.00 |
| 7S-2 | Harris NA | 900,000.00 | 900,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $      0.00
Remaining balance:  $     29,252.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Trustee, Fees - JOSEPH D. OLSEN | 3,750.08 | 0.00 | 3,750.08 |
| Trustee, Expenses - JOSEPH D. OLSEN | 32.86 | 0.00 | 32.86 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,062.50 | 0.00 | 4,062.50 |

Total to be paid for chapter 7 administration expenses:  $      7,845.44
Remaining balance:  $     21,407.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $      0.00
Remaining balance:  $     21,407.03

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 21,407.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,759,699.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 8,005.21 | 0.00 | 97.39 |
| 3 | Chase Bank USA, N.A. | 42,675.18 | 0.00 | 519.15 |
| 4 | Chase Bank USA, N.A. | 10,382.48 | 0.00 | 126.30 |
| 5 | Chase Bank USA, N.A. | 7,539.66 | 0.00 | 91.72 |
| 6 | U S Small Business Administration | 1,145,268.68 | 0.00 | 13,932.38 |
| 7U | Harris NA | 0.00 | 0.00 | 0.00 |
| 7U-2 | Harris NA | 545,828.29 | 0.00 | 6,640.09 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 21,407.03 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $          0.00 |
| Remaining balance: | $          0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $          0.00 |
| Remaining balance: | $          0.00 |

**UST Form 101-7-TFR (05/1/2011)**