# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: BARRON, DENNIS L | § Case No. 10-70606 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  327 South Church Street, Room #1100
  Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/22/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  03/01/2013          By:  /s/JOSEPH D. OLSEN
                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BARRON, DENNIS L § Case No. 10-70606
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,000.78 |
| *and approved disbursements of* | $ 748.31 |
| *leaving a balance on hand of* [1] | $ 29,252.47 |
| **Balance on hand:** | $ 29,252.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7S | Harris NA | 900,000.00 | 0.00 | 0.00 | 0.00 |
| 7S-2 | Harris NA | 900,000.00 | 900,000.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 29,252.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,750.08 | 0.00 | 3,750.08 |
| Trustee, Expenses - JOSEPH D. OLSEN | 32.86 | 0.00 | 32.86 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,062.50 | 0.00 | 4,062.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,845.44 |
| Remaining balance: | $ 21,407.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 21,407.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 21,407.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,759,699.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 8,005.21 | 0.00 | 97.39 |
| 3 | Chase Bank USA, N.A. | 42,675.18 | 0.00 | 519.15 |
| 4 | Chase Bank USA, N.A. | 10,382.48 | 0.00 | 126.30 |
| 5 | Chase Bank USA, N.A. | 7,539.66 | 0.00 | 91.72 |
| 6 | U S Small Business Administration | 1,145,268.68 | 0.00 | 13,932.38 |
| 7U | Harris NA | 0.00 | 0.00 | 0.00 |
| 7U-2 | Harris NA | 545,828.29 | 0.00 | 6,640.09 |

Total to be paid for timely general unsecured claims: $ 21,407.03
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:  $    0.00

Prepared By:  /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 10-70606-TML
Dennis L Barron                                               Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2              Date Rcvd: Mar 11, 2013
                              Form ID: pdf006              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2013.
db           +Dennis L Barron,    2311 Cumberland St,    Rockford, IL 61103-4149
15102813     +Barron Finishing Technologies, Inc.,    129 Morgan Street,    Rockford, IL 61101-1423
15102814      Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
15856894      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC 28272-1083
15861881      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15102815     +Chase Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
15102816      Coating Technologies, Inc.,    1616 Elmwood,   Rockford, IL 61103-1212
18336417     +Harris N.A. as Successor in Interest,    to Amcore Bank, N.A.,    Attorney David Aaby,
               1318 E. State St.,    Rockford, IL 61104-2228
15102811     +Harris NA,    Successor to Amcore Bank,   5100 Northwest Hwy,    Crystal Lake, Il 60014-8008
15102817      Ink from Chase,    PO Box 15153,   Wilmington, DE 19886-5153
15102820     +Jon C Shain,    809 Hickory Rd,   Woodstock, IL 60098-4310
15102822      Judy Barron,    2311 2311 Cumberland St,    Rockford, IL 61103-4149
15102823     +Richard D Barron,    2005 Homewood Dr,   Rockford, IL 61108-6666
15102824     +Rockford Local Development Corp.,    120 W. State Street,    Rockford, IL 61101-1199
15102825      Slate from Chase,    PO Box 15153,   Wilmington, DE 19886-5153
15961087     +U S Small Business Administration,    c/o Mary Cvengros,    500 W Madison St., #1150,
               Chicago, Il 60661-2566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15102818     +E-mail/Text: cio.bncmail@irs.gov Mar 12 2013 04:07:49      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15102821*    +Jon C. Shain,    809 Hickory Rd,   Woodstock, IL 60098-4310
15102812    ##+Barron Finishing Technologies, Inc,    1616 Elmwood Rd,   Rockford, IL 61103-1212
15102819    ##JDR Holdings,    1616 Elmwood Road,   Rockford, IL 61103-1212
                                                                                TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2013**             **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave            Page 2 of 2                  Date Rcvd: Mar 11, 2013
                              Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2013 at the address(es) listed below:
           Bernard J Natale    on behalf of Debtor Dennis L Barron natalelaw@bjnatalelaw.com
           Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
           Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
           Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
           Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com, IL46@ECFCBIS.com
           Matthew M. Hevrin    on behalf of Creditor    AMCORE Bank, N.A., n/k/a HARRIS, N.A.
            mhevrin@hinshawlaw.com, jfornal@hinshawlaw.com
           Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                                 TOTAL: 7