**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BARRON, DENNIS L                               § Case No. 10-70606
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $213,272.00                        Assets Exempt: $110,934.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,407.03          Claims Discharged
                                                     Without Payment: $1,803,312.47

Total Expenses of Administration: $8,593.75

---

   3) Total gross receipts of $ 30,000.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,182,633.01 | $1,800,000.00 | $900,000.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 4,062.50 | 8,593.75 | 8,593.75 | 8,593.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,100,935.12 | 2,305,527.79 | 1,759,699.50 | 21,407.03 |
| **TOTAL DISBURSEMENTS** | $3,287,630.63 | $4,114,121.54 | $2,668,293.25 | $30,000.78 |

    4) This case was originally filed under Chapter 7 on February 15, 2010. The case was pending for 40 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2013          By: /s/JOSEPH D. OLSEN
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable transfer | 1241-000 | 30,000.00 |
| Interest Income | 1270-000 | 0.78 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | Harris NA | 4110-000 | 1,104,244.20 | 900,000.00 | 0.00 | 0.00 |
| 7S-2 | Harris NA | 4110-000 | N/A | 900,000.00 | 900,000.00 | 0.00 |
| NOTFILED | Chase Home Equity Loan Servicing | 4110-000 | 78,388.81 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,182,633.01** | **$1,800,000.00** | **$900,000.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,750.08 | 3,750.08 | 3,750.08 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 32.86 | 32.86 | 32.86 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Scheduled | Asserted | Allowed |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,062.50 | 4,062.50 | 4,062.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.18 | 6.18 | 6.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 16.50 | 16.50 | 16.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.66 | 27.66 | 27.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.96 | 27.96 | 27.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.91 | 31.91 | 31.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.81 | 30.81 | 30.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.98 | 33.98 | 33.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.51 | 34.51 | 34.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.54 | 41.54 | 41.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 24.33 | 24.33 | 24.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.49 | 38.49 | 38.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.50 | 44.50 | 44.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.22 | 45.22 | 45.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.66 | 42.66 | 42.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.34 | 52.34 | 52.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.23 | 49.23 | 49.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.41 | 49.41 | 49.41 |
| Rabobank, N.A. | 2600-000 | N/A | 39.76 | 39.76 | 39.76 |
| Rabobank, N.A. | 2600-000 | N/A | 36.32 | 36.32 | 36.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$8,593.75** | **$8,593.75** | **$8,593.75** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 8,000.00 | 8,005.21 | 8,005.21 | 97.39 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 43,119.52 | 42,675.18 | 42,675.18 | 519.15 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 10,382.48 | 10,382.48 | 10,382.48 | 126.30 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 7,616.48 | 7,539.66 | 7,539.66 | 91.72 |
| 6 | U S Small Business Administration | 7100-000 | 1,281,670.58 | 1,145,268.68 | 1,145,268.68 | 13,932.38 |
| 7U | Harris NA | 7100-000 | N/A | 545,828.29 | 0.00 | 0.00 |
| 7U-2 | Harris NA | 7100-000 | 685,126.06 | 545,828.29 | 545,828.29 | 6,640.09 |
| NOTFILED | Rockford Local Development Corp. | 7100-000 | 65,020.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,100,935.12** | **$2,305,527.79** | **$1,759,699.50** | **$21,407.03** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70606  
**Case Name:** BARRON, DENNIS L

**Period Ending:** 06/25/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/15/10 (f)  
**§341(a) Meeting Date:** 03/15/10  
**Claims Bar Date:** 09/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2311 Cumberland St, Rockford IL | 112,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank - checking | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank - checking (joint with spouse) | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Bank - savings (joint with spouse) | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Normal complement of household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | (5) Silver Dollars and $30 worth of Silver Certi | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Normal complement of clothing | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Wristwatch and wedding ring | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Scott Trade - Rollover IRA | 90,172.00 | 0.00 | | 0.00 | FA |
| 11 | Barron Finishing Technologies, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 12 | JDR Holdings | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Walter Goode (approximately $4,000 loan to forme | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Possible claim against Jon C Shain for breach of | Unknown | 0.00 | | 0.00 | FA |
| 15 | Possible claims against Amcore Bank for failure | Unknown | 0.00 | | 0.00 | FA |
| 16 | 2000 Honda Odessey | 3,875.00 | 0.00 | | 0.00 | FA |
| 17 | Older computer | 25.00 | 0.00 | | 0.00 | FA |
| 18 | Lawm mower, snowblower, air compressor and garde | 500.00 | 0.00 | | 0.00 | FA |
| 19 | Avoidable transfer (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.78 | FA |
| 20 | Assets Totals (Excluding unknown values) | **$213,272.00** | **$30,000.00** | | **$30,000.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70606  
**Case Name:** BARRON, DENNIS L

**Trustee:** (330400)    JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/15/10 (f)  
**§341(a) Meeting Date:** 03/15/10

**Period Ending:** 06/25/13

**Claims Bar Date:** 09/30/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    September 30, 2013    **Current Projected Date Of Final Report (TFR):**    March 1, 2013  (Actual)

Printed: 06/25/2013 02:49 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-70606  
**Case Name:** BARRON, DENNIS L  

**Taxpayer ID #:** **-***6169  
**Period Ending:** 06/25/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******88-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/26/11 | {19} | Dennis L. Barron | partial pymt on avoidable transfer | 1241-000 | 2,500.00 | | 2,500.00 |
| 04/29/11 | {19} | dennis barron | partial payment on avoidable transfer | 1241-000 | 5,000.00 | | 7,500.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,500.06 |
| 06/01/11 | | To Account #9200******8866 | pay bond premium | 9999-000 | | 6.18 | 7,493.88 |
| 06/16/11 | {19} | Dennis Barron | pymt on settlement | 1241-000 | 1,000.00 | | 8,493.88 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,493.94 |
| 07/25/11 | {19} | Dennis L. Barron | pymt. on settlement | 1241-000 | 1,000.00 | | 9,493.94 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,494.01 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.50 | 9,477.51 |
| 08/18/11 | {19} | Dennis Barron | pymt. on settlement | 1241-000 | 1,000.00 | | 10,477.51 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,477.59 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,452.59 |
| 09/20/11 | {19} | Dennis L. Barron | pymt on settlement | 1241-000 | 1,000.00 | | 11,452.59 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,452.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,427.67 |
| 10/18/11 | {19} | Dennis L. Barron | pymt. on settlement | 1241-000 | 1,000.00 | | 12,427.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,427.77 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,402.77 |
| 11/21/11 | {19} | Dennis L. Barron | pymt. on settlement | 1241-000 | 1,000.00 | | 13,402.77 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,402.87 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.66 | 13,375.21 |
| 12/22/11 | {19} | Dennis Barron | monthly pymt. | 1241-000 | 1,000.00 | | 14,375.21 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,375.32 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.96 | 14,347.36 |
| 01/20/12 | {19} | Dennis L. Barron | pymt on avoidable transfer | 1241-000 | 1,000.00 | | 15,347.36 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,347.48 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.91 | 15,315.57 |
| 02/21/12 | {19} | Dennis L. Barron | monthly pymt on avoidable transfer | 1241-000 | 1,000.00 | | 16,315.57 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.81 | 16,284.76 |
| 03/20/12 | {19} | Dennis L. Barron | mo. pymt. | 1241-000 | 1,000.00 | | 17,284.76 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.98 | 17,250.78 |
| 04/19/12 | {19} | Dennis L. Barron | monthly pymt | 1241-000 | 1,000.00 | | 18,250.78 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.51 | 18,216.27 |
| 05/23/12 | {19} | Dennis L. Barron | mo. pymt on preference | 1241-000 | 1,000.00 | | 19,216.27 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.54 | 19,174.73 |
| 06/05/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE | 2300-000 | | 24.33 | 19,150.40 |

Subtotals :    $19,500.78    $350.38

{} Asset reference(s)

Printed: 06/25/2013 02:49 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-70606 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BARRON, DENNIS L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******88-65 - Checking Account |
| Taxpayer ID #: | **-***6169 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 06/25/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #10-70606, #016018067 | | | | |
| 06/20/12 | {19} | Dennis L. Barron | mo. pymt. on pref. | 1241-000 | 1,000.00 | | 20,150.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.49 | 20,111.91 |
| 07/20/12 | {19} | Dennis L. Barron | mo. pymt. re: avoidable transfer | 1241-000 | 1,000.00 | | 21,111.91 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.50 | 21,067.41 |
| 08/21/12 | {19} | Dennis Barron | mo. pymt. on avoidable transfer | 1241-000 | 1,000.00 | | 22,067.41 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.22 | 22,022.19 |
| 09/19/12 | {19} | Dennis L. Barron | mo. pymt. | 1241-000 | 1,000.00 | | 23,022.19 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.66 | 22,979.53 |
| 10/22/12 | {19} | Dennis L. Barron | mo. pymt. on avoidable transfer | 1241-000 | 1,000.00 | | 23,979.53 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.34 | 23,927.19 |
| 11/26/12 | {19} | Dennis L. Barron | mo. pymt. on settlement | 1241-000 | 1,000.00 | | 24,927.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.23 | 24,877.96 |
| 12/26/12 | {19} | Dennis L. Barron | mo. pymt. on avoidable tranfer | 1241-000 | 1,000.00 | | 25,877.96 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.41 | 25,828.55 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 25,828.55 | 0.00 |
| | | | ACCOUNT TOTALS | | 26,500.78 | 26,500.78 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 25,834.73 | |
| | | | **Subtotal** | | 26,500.78 | 666.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $26,500.78 | $666.05 | |

{} Asset reference(s)                                                                                    Printed: 06/25/2013 02:49 PM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-70606  
**Case Name:** BARRON, DENNIS L  

**Taxpayer ID #:** **-***6169  
**Period Ending:** 06/25/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******88-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/11 | | From Account #9200******8865 | pay bond premium | 9999-000 | 6.18 | | 6.18 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-70606, BOND #016018067 | 2300-000 | | 6.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6.18** | **6.18** | **$0.00** |
| | | | Less: Bank Transfers | | 6.18 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **6.18** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6.18** | |

{} Asset reference(s)    Printed: 06/25/2013 02:49 PM    V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-70606  
**Case Name:** BARRON, DENNIS L  

**Taxpayer ID #:** **-***6169  
**Period Ending:** 06/25/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****120265 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 25,828.55 | | 25,828.55 |
| 01/25/13 | {19} | Dennis Barron | mo. pymt. on avoidable transfer | 1241-000 | 1,000.00 | | 26,828.55 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.76 | 26,788.79 |
| 02/22/13 | {19} | Dennis L. Barron | pymt. on avoidable transfer | 1241-000 | 2,500.00 | | 29,288.79 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.32 | 29,252.47 |
| 04/23/13 | 11002 | Yalden, Olsen & Willette | Dividend paid 100.00% on $4,062.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,062.50 | 25,189.97 |
| 04/23/13 | 11003 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,750.08, Trustee Compensation; Reference: | 2100-000 | | 3,750.08 | 21,439.89 |
| 04/23/13 | 11004 | JOSEPH D. OLSEN | Dividend paid 100.00% on $32.86, Trustee Expenses; Reference: | 2200-000 | | 32.86 | 21,407.03 |
| 04/23/13 | 11005 | Capital One Bank (USA), N.A. | Dividend paid 1.21% on $8,005.21; Claim# 2; Filed: $8,005.21; Reference: | 7100-000 | | 97.39 | 21,309.64 |
| 04/23/13 | 11006 | U S Small Business Administration | Dividend paid 1.21% on $1,145,268.68; Claim# 6; Filed: $1,145,268.68; Reference: | 7100-000 | | 13,932.38 | 7,377.26 |
| 04/23/13 | 11007 | Harris NA | Dividend paid 1.21% on $545,828.29; Claim# 7U-2; Filed: $545,828.29; Reference: | 7100-000 | | 6,640.09 | 737.17 |
| 04/23/13 | 11008 | Chase Bank USA, N.A. | Combined Check for Claims#3,4,5 | | | 737.17 | 0.00 |
| | | | Dividend paid 1.21% on 519.15 $42,675.18; Claim# 3; Filed: $42,675.18 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.21% on 126.30 $10,382.48; Claim# 4; Filed: $10,382.48 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.21% on 91.72 $7,539.66; Claim# 5; Filed: $7,539.66 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,328.55 | 29,328.55 | $0.00 |
| | | | Less: Bank Transfers | | 25,828.55 | 0.00 | |
| | | | **Subtotal** | | **3,500.00** | **29,328.55** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,500.00** | **$29,328.55** | |

{} Asset reference(s)

Printed: 06/25/2013 02:49 PM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-70606 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** BARRON, DENNIS L | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****120266 - Checking Account |
| **Taxpayer ID #:** **-***6169 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 06/25/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts : 30,000.78

Net Estate : $30,000.78

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******88-65** | 26,500.78 | 666.05 | 0.00 |
| **Checking # 9200-******88-66** | 0.00 | 6.18 | 0.00 |
| **Checking # ****120265** | 3,500.00 | 29,328.55 | 0.00 |
| **Checking # ****120266** | 0.00 | 0.00 | 0.00 |
| | $30,000.78 | $30,000.78 | $0.00 |

{} Asset reference(s)     Printed: 06/25/2013 02:49 PM    V.13.13